# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Zane Murdock,<br>    Plaintiff,<br><br>v.<br><br>Dowd Scheffel PLLC, et al.,<br>    Defendant. | 2:23-cv-09348-DSF-PVC<br><br>ORDER TO SHOW CAUSE |

On February 8, 2024 the Court ordered Plaintiff Zane Murdock to serve Defendant Savile Investments Pty. Ltd., an Australian corporation in compliance with the Hague Convention. Dkt. 49 (Order) 4. Murdock has filed proof of service by registered mail, but no acknowledgment of receipt. Defendant Savile is ordered to show cause no later than May 1, 2024 why the court should not now rule on the remainder of its motion to dismiss for lack of personal jurisdiction and failure to state a claim.

IT IS SO ORDERED.

Date: April 17, 2024

_____
Dale S. Fischer
United States District Judge