JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zane Murdock,<br>    Plaintiff,<br><br>    v.<br><br>Dowd Scheffel PLLC, et al.,<br>    Defendants. | 2:23-cv-09348-DSF-PVC<br><br>JUDGMENT |

　　The Court having granted Defendants' motions to dismiss for lack of personal jurisdiction,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover just costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Date:  May 3, 2024

_____
Dale S. Fischer
United States District Judge